IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICA FIRST LEGAL FOUNDATION,<br><br>Plaintiff,<br><br>v.<br><br>DEPARTMENT OF JUSTICE, DEPARTMENT OF STATE, DEPARTMENT OF HOMELAND SECURITY,<br><br>Defendants. | Civil Action No. 1:23-cv-01948-RBW |

**JOINT STATUS REPORT**

Plaintiff America First Legal Foundation and Defendants U.S. Department of Justice ("DOJ"), U.S. Department of State ("DOS"), and U.S. Department of Homeland Security ("DHS") respectfully submit the following Joint Status Report pursuant to the Court's Order on March 13, 2025.

1. Plaintiff filed this Freedom of Information Act ("FOIA") lawsuit on July 6, 2023, concerning three FOIA requests—one to each of the Defendants—seeking communications about Hunter Biden. Defendants answered the complaint on August 14, 2023. The parties last filed a joint status report on March 11, 2025.

2. All three Defendants have made their final productions. Defendant DOS made its final production on March 1, 2024. Defendant DHS made its final production on September 13, 2024. Defendant DOJ made its final production on March 25, 2025.

3. Plaintiff submits that DOS' production is over-redacted. The parties will continue to confer on this issue and hope to resolve it without judicial intervention. The parties agree that it would be premature to set a briefing schedule for dispositive motions at this time.

4.       Accordingly, the parties respectfully request that they be permitted to file a joint status report in 90 days, *i.e.*, on or before August 10, 2025. At that time, the parties will update the Court with respect to the status of this matter and, if appropriate, will offer a proposed schedule for further proceedings.

Dated: May 13, 2025

*/s/ Juli Z. Haller*
Juli Z. Haller (DC Bar No. 466921)
AMERICA FIRST LEGAL FOUNDATION
611 Pennsylvania Ave SE #321
Washington, DC 20003
(202) 964-3721
Juli.haller@aflegal.org

*Counsel for Plaintiffs*

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General

Elizabeth J. Shapiro
Deputy Branch Director

*/s/ Alexander J. Yun*
ALEXANDER J. YUN
Trial Attorney (D.C. Bar No. 90082923)
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, D.C. 20005
202-674-0255
Alex.Yun@usdoj.gov
*Counsel for Defendants*